LAWRENCE RUIZ, ESQ.
Nevada Bar No. 11451
NICKOLAS GIORGIONE, ESQ.
Nevada Bar No. 14370
**RUIZ LAW FIRM**
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
Phone: (702) 850.1717
Fax: (702) 850.1716
lawrence@lmruizlaw.com
nick@lmruizlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SYRIAH REGAINS,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES, LLC. d/b/a 99 CENTS ONLY, a foreign limited liability company; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00334-JCM-VCF |

**STIPULATION AND ORDER TO EXTEND DISCOVERY – FIRST REQUEST**

COMES NOW Plaintiff, SYRIAH REGAINS, by and through her counsel of record NICKOLAS GIORGIONE, ESQ., of the RUIZ LAW FIRM, and Defendant 99 CENTS ONLY STORES, LLC., by and through their counsel of record LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and HOMERO GONZALEZ, ESQ., of the BRANDON|SMERBER LAW FIRM, and hereby stipulate and request that this Court extend the current scheduling order and discovery plan in this matter for a period of ninety (90) days for the reasons explained herein.

-1-

Pursuant to Local Rule 6-1(b), the parties hereby state this is the first such discovery extension requested in this matter.

## DISCOVERY COMPLETED TO DATE

The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures;

Defendant has served upon Plaintiff one set of Requests for Production, one set of Interrogatories and one set of Requests for Admissions. Plaintiff has responded to the discovery requests;

Plaintiff has served upon Defendant one set of Requests for Production and one set of Interrogatories. Defendant has yet to respond;

Plaintiff has yet to provide provider specific authorizations;

Defendant set the deposition of the Plaintiff and vacated the same due to Plaintiff's current physical and mental health conditions;

## DISCOVERY TO BE COMPLETED AND REASONS
## FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

- Deposition of Plaintiff;
- Depositions of Plaintiff's treating physicians;
- Disclosure of experts by both parties;
- Depositions of expert witnesses and rebuttal expert witnesses;
- Plaintiff to notice Defendant's 30(b)(6) deposition; and

The parties, pursuant to Local Rule 6-1, state that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of remaining

discovery deadlines is appropriate, as Plaintiff recently suffered some physical and mental health issues that have made her unable to participate in the discovery process. The parties have continued to work together amicably, and all discovery to be completed is currently being scheduled pending Plaintiff's recovery from her physical and mental health issues. All other discovery is set to continue to move forward in the interim. Further, the parties still wish to further investigate this case and potentially reach a resolution prior to incurring fees and costs for further extensive discovery and experts once these medical records for pre-incident treatment are received.

### [PROPOSED] NEW DISCOVERY DEADLINES

| Deadline | Date |
|---|---|
| Expert Disclosure Deadline | April 13, 2023 |
| Rebuttal Expert Disclosure Deadline | May 15, 2023 |
| Discovery Cut-Off Date | June 14, 2023 |
| Dispositive Motion Deadline | July 13, 2023 |
| Proposed Joint Pre-Trial Order | August 14, 2023 |

If this extension is granted, all anticipated additional discovery should be concluded within

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*RUIZ LAW FIRM*
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
702.850.1717 / 702.850.1716 (fax)

-3-

*RUIZ LAW FIRM*
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
702.850.1717 / 702.850.1716 (fax)

1  the stipulated extended deadline. The parties aver that this request for extension of discovery
2  deadlines is made by the parties in good faith and not for the purpose of delay.
3  APPROVED AS TO FORM AND CONTENT.

Dated this 19th day of July, 2022.                    Dated this 19th day of July, 2022.

RUIZ LAW FIRM                                         BRANDON|SMERBER LAW FIRM

*/s/ Nickolas Giorgione*                              */s/ Homero A. Gonzalez*
_____                       _____
NICKOLAS GIORGIONE, ESQ.                              LEW BRANDON, JR., ESQ.
Nevada Bar No. 14370                                  Nevada Bar No. 5880
1055 Whitney Ranch Drive, Suite 110                   ANDREW GUZIK, ESQ.
Henderson, NV 89014                                   Nevada Bar No. 12758
*Attorney for Plaintiff*                              HOMERO A. GONZALEZ, ESQ.
                                                      Nevada Bar No. 15231
                                                      139 E. Warm Springs Road
                                                      Las Vegas, NV 89119
                                                      *Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 7-20-2022

-4-

**Tammy Wagner**

| | |
|---|---|
| **From:** | Homero Gonzalez <H.Gonzalez@bsnv.law> |
| **Sent:** | Tuesday, July 19, 2022 11:30 AM |
| **To:** | Tammy Wagner |
| **Cc:** | Nick Giorgione |
| **Subject:** | RE: Regains v. 99 Cents Only |
| **Attachments:** | Stip and Order to Extend.1st.revised.pdf |

Good morning:

You may affix my signature to the attached version of the Stipulation and Order to Extend Discovery Deadlines.  Thank you.

---
Warmest regards,
HOMERO A. GONZALEZ, ESQ.
ASSOCIATE ATTORNEY
BRANDON | SMERBER LAW FIRM
139 EAST WARM SPRINGS ROAD
LAS VEGAS, NEVADA 89119
TEL. (702) 380-0007
FAX. (702) 380-2964

**From:** Tammy Wagner <Tammy@lmruizlaw.com>
**Sent:** Tuesday, July 19, 2022 11:28 AM
**To:** Homero Gonzalez <H.Gonzalez@bsnv.law>
**Cc:** Nick Giorgione <nick@lmruizlaw.com>
**Subject:** RE: Regains v. 99 Cents Only

Mr. Gonzalez,

Please find attached the revised Stip and Order.

Thank you,

## Tammy A. Wagner, ACP
Advanced Certified Paralegal/Office Administrator



1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
702.850.1717 (p)
702.850.1716 (f)

1