**SODW**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MICHAEL MCLOUGHLIN, ESQ.**
Nevada Bar No. 12820
**HOMERO A. GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*m.mcloughlin@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SYRIAH REGAINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>99 CENTS ONLY STORES, LLC d/b/a 99 CENTS ONLY, a foreign limited liability company; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:22-cv-00334-JCM-VCF |

### STIPULATION AND ORDER TO DISMISS DEFENDANT, 99 CENTS ONLY STORES, LLC., WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., MICHAEL MCLOUGHLIN, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, 99 CENTS ONLY STORES, LLC., and Plaintiff, SYRIAH REGAINS, by and through LAWRENCE RUIZ, ESQ., and NICKOLAS GIORGIONE, ESQ., of RUIZ LAW FIRM. as follows:

*Syriah Regains v 99 Cents Only Stores, LLC.*
*Case No. 2:22-cv-00334-JCM-VCF*

That Defendant, 99 CENTS ONLY STORES, LLC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 26th day of January, 2023.

BRANDON | SMERBER LAW

/s/ Lew Brandon, Jr., Esq.
_____
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
**MICHAEL MCLOUGHLIN, ESQ.**
Nevada Bar No. 12820
**HOMERO A. GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

DATED this 28 day of FEBRUARY 2023.

RUIZ LAW FIRM

_____
**LAWRENCE RUIZ, ESQ.**
Nevada Bar No. 11451
**NICKOLAS GIORGIONE, ESQ.**
Nevada Bar No. 14370
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
*Attorney for Plaintiff,*
*SYRIAH REGAINS*

Syriah Regains v 99 Cents Only Stores, LLC.
Case No. 2:22-cv-00334-JCM-VCF

**IT IS SO ORDERED** that Defendant, 99 CENTS ONLY STORES, LLC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED March 22, 2023.

*[signature]*

UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MICHAEL MCLOUGHLIN, ESQ.**
Nevada Bar No. 12820
**HOMERO A. GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
m.mcloughlin@bsnv.law
h.gonzalez@bsnv.law
*Attorneys for Defendant,*
99 CENTS ONLY STORES, LLC